**HARTFORD COUNTY, SEPTEMBER TERM, A. D. 1784.**

### STATE v. HURLBUT.

Where on a criminal prosecution the defendant is out upon bail, the court will not receive the verdict, unless he appears.

INFORMATION for counterfeiting money; trial to the jury, and the defendant was out upon bail: The jury returned into court with their verdict, and the defendant being called did not appear: The question was, whether the court would receive the verdict. By the court, the defendant must appear, or there will be no propriety in receiving the verdict.